```
FILED
2007 JAN 24  PM 3:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE LUIS RAMIREZ-ESQUEDA(2),<br>JOSE ANGEL RIVAS-POZOS(3),<br><br>        Defendants. | Criminal Case No. 05CR2239-BEN<br><br>**ORDER FOR FINGERPRINT EXEMPLARS** |

Based on good cause shown, IT IS HEREBY ORDERED that defendant JOSE LUIS RAMIREZ-ESQUEDA shall present himself to the United States Attorney's Office on or before 12:00 p.m. (noon) on Tuesday, January 16, 2007, so that the United States may obtain fingerprint exemplars from him. The attorney for the United States shall consult with defense counsel Timothy Scott about scheduling the taking of fingerprint exemplars, so that Mr. Scott may attend the meeting, if defendant Ramirez-Esqueda so desires.

IT IS SO ORDERED.

DATED: 1/23/07

Hon. ROGER T. BENITEZ
United States District Judge